

# Department of Taxation and Finance

**BANKRUPTCY UNIT**

May 3, 2016

Andrea B Malin
Genova and Malin
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590

MAY - 6 2016

Re:  Angela S Bittencourt
     16-35015
     Objection to Claim
     June 21, 2016

Dear Ms Malin:

New York State Department of Taxation and Finance does not oppose the relief requested in the above objection filed on April 25, 2016 to reclassify claim.

Sincerely,

Ms Hanley
Tax Compliance Representative I
(518) 457-3160